FILING FEE NOT PAID

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| CK LIQUIDATION CORPORATION ) | |
| (f/k/a CADKEY CORPORATION) ) | Case No. 03-44906-HJB |
| ) | |
| Debtor. ) | |
| ) | 04-40208 |

### NOTICE OF APPEAL

To the Honorable Henry J. Boroff, United States Bankruptcy Judge.

Pursuant to Federal Bankruptcy Rule 8001, notice is hereby given that Robert White, a creditor in the above-captioned bankruptcy proceedings, hereby appeals to the United States District Court from the following set of related Orders:

Order Dated 9/8/04 Denying Motion of Robert White to Vacate Sale Order Based on Fraud on this Court.

Order Dated 9/13/04 Denying Motion of Robert White to Reconsider Order Denying His Motion to Vacate Sale Order.

Order Dated 9/13/04 Approving Ch.7 Trustee, John Burdick's Correction to His Opposition of Motion of Robert White to Vacate Sale Order.

The names and addresses of the parties to the orders appealed from and their respective counsel are included in the Service List attached to the Certificate of Service for this Notice.

Respectfully submitted on September 13, 2004, by

_Robert White_
Robert White - Pro Se

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)

| | |
|---|---|
| In re:<br><br>CK LIQUIDATION CORPORATION<br>(f/k/a CADKEY CORPORATION)<br><br>Debtor. | Chapter 7<br><br>Case No. 03-44906-HJB |

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2004, I caused a copy of the following document to be served upon each of the parties noted on the attached Service List:

NOTICE OF APPEAL

NOTICE OF ELECTION

September 13, 2004

Robert White - Pro Se
PO Box 488
Boise City, OK  73933
Phone: (580) 544-4210
Fax:    (580) 544-3281

## SERVICE LIST

| | |
|---|---|
| The Official Committee of Unsecured Creditors | Michael J. Goldberg, Esq. Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110 |
| CADKEY Corporation | James Wilton, Esq. Ropes and Gray, LLP<br>One International Place<br>Boston, MA 02110 |
| Kubotek Corporation | John Loughnane, Esq. Gadsby Hanna LLP<br>225 Franklin Street<br>Boston, MA 02110 |
| Harold L. Bowers | Frederic Meeker, Esq. Banner & Witcoff, Ltd.<br>1001 G Street, NW 11th Floor<br>Washington, DC 20001-4597 |
| MCS | Livingston Davies, Esq.<br>Law Office of Livingston Davies<br>P.O. Box 367<br>Duxbury, MA 02331 |
| John A. Burdick Jr.<br>Chapter 7 Trustee | John A. Burdick Jr.<br>340 Main Street, Suite 800<br>Worcester, MA 01608 |
| United States Trustee | Office of the United States Trustee<br>Attn: Richard King, Esq.<br>Franklin Square Tower<br>600 Main Street, Suite 200<br>Worcester, MA 01608 |