## UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   CK Liquidation Corporation | Chapter 7<br>Bankruptcy Case 03-44906<br>Judge Henry J. Boroff |

### CLERK'S CERTIFICATION FOR TRANSMITTAL
### OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **CK Liquidation Corp. 03-44906 (Civil #04-40208) Appellee's Designated Documents**.

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER, IN THE DISTRICT OF MASSACHUSETTS, THIS 19th DAY OF OCTOBER.

Date: 10/19/04



James M. Lynch
Clerk, U.S. Bankruptcy Court

By the Court,

Yingmay Steele

Deputy Clerk
(508) 770-8963

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _19_ day of _October_, _2004_.

This case has been assigned No. _____

DEPUTY CLERK