# United States District Court for the District of Massachusetts

In re )
)
CADKEY Corporation, )
Debtor )
)
Robert White - Pro Se, )   File No. **04-40208 NMG**
Appellant )
)
v. )
)
Official Committee of )
Unsecured Creditors, )
Appellee )

## Notice of Change of Address

I, Robert White, the Appellant in the above captioned case, hereby notify this Court and the parties to this appeal that my new address for service is:

Robert White
243 N. Maple Ave.
Manteca, CA 95336
Ph:( (209) 825-6115

*/s/ Robert White*
Robert White - Pro Se