UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-40208-NMG
_____

ROBERT WHITE,

Appellant,

v.

CHAPTER 7 TRUSTEE,

Appellee.
_____

ON APPEAL FROM AN ORDER OF
THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(WESTERN DIVISION)
_____


**NOTICE OF CHANGE OF APPEARANCE**

PLEASE TAKE NOTICE THAT, subject to the approval of the United States Bankruptcy Court for the District of Massachusetts[1] and effective as of April 13, 2005, the firm of Cohn Whitesell & Goldberg LLP ("CWG") appears as special counsel for John A. Burdick, Chapter 7 Trustee of CK Liquidation Corporation, the Appellee in the above-captioned matter.

---

[1] The Chapter 7 Trustee intends shortly to file an application seeking authorization to retain CWG as his special counsel in the continuing Chapter 7 case of CK Liquidation Corporation.

Dated: May 11, 2005						JOHN A. BURDICK,
								CHAPTER 7 TRUSTEE

								By his counsel,


								   /s/ Christopher M. Candon
								Michael J. Goldberg (BBO #551869)
								Christopher M. Candon (BBO #650855)
								COHN WHITESELL & GOLDBERG LLP
								101 Arch Street
								Boston, MA 02110
								Tel: (617) 951-2505
								Fax: (617) 951-0679
								Email: *candon@cwg11.com*

**CERTIFICATE OF SERVICE**

I, Christopher M. Candon, hereby certify that on May 11, 2005, I caused copies of the foregoing **Notice of Change of Appearance** to be served by first class mail upon the parties on the service list below.

SERVICE LIST

Robert White
243-A North Maple Avenue
Manteca, CA 95336

John A. Burdick, Esq.
340 Main Street, Suite 800
Worcester, MA 01608

James Wilton, Esq.
Ropes & Gray, LLP
One International Place
Boston, MA 02210

John Loughnane, Esq.
Gadsby Hanna LLP
225 Franklin Street
Boston, MA 02210

Harold Bowers
215 N. Auburndale Street
Memphis, TN 38112

Richard E. Mikels, Esq.
Timothy J. Langella, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Office of the United States Trustee
Attn: Richard King, Esq.
Franklin Square Tower
600 Main Street, Suite 200
Worcester, MA 01608

   /s/ Christopher M. Candon
Michael J. Goldberg (BBO #551869)
Christopher M. Candon (BBO #650855)
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Tel: (617) 951-2505
Fax: (617) 951-0679
Email: *candon@cwg11.com*

g:\data\960P\Notice of Change of Appearance (Dist. Crt Vacate Appeal)