# United States District Court
# District of Massachusetts

## 04-40208 NMG

---

Robert White - Pro Se

Appellant

v.

Chapter 7 Trustee

Appellee

---

ON APPEAL FROM AN ORDER OF
THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

---

## Amendment to Motion to Expedite Appeal

I, Robert White (White), Pro Se, and Appellant in this case request this Court to consider an Amendment to White's Motion to Expedite Appeal. White's Motion to Expedite anticipated this Court could rule on White's motion by June 2, 2005. If this Court does not remand White's appeal by June 2, 2005, then there will be no benefit to judicial efficiency in doing so later because White will not be able to join the Bowers Motion to Vacate in the Bankruptcy Court, set for trial on June 9, 2005. If this Court does not remand by June 2, 2005, White will not be able to join Bowers in Bankruptcy Court.

Since White no longer has time to join Bowers in the Bankruptcy Court, White now asks this Court to wait to rule on White's appeal until Bowers' Motion to Vacate is heard in the

Bankruptcy Court, on June 9, 2005. If Bowers looses his Motion to Vacate and appeals to this Court, it would then be appropriate for White to join Bowers in this Court.

Wherefore these reasons, White now asks this Court to wait to rule on White's appeal for another month until White has been given an opportunity to join Bowers' appeal in this Court.

Respectfully submitted on this 1st day of June, 2005, by

*Robert White*

Robert White – Pro Se
243-A N. Maple Ave.
Manteca, CA 95336
Ph(209) 825-6115