**United States District Court**
**District of Massachusetts**

<u>04-40208 NMG</u>

---

Robert White - Pro Se

Appellant

v.

Chapter 7 Trustee

Appellee

---

ON APPEAL FROM AN ORDER OF
THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MASSACHUSETTS

---

## CERTIFICATE OF SERVICE

I, Robert White - Pro Se, hereby certify that on June 1, 2005, I served copies of my **Amendment to Motion to Expedite Appeal** on the following parties by way of US Mail.

*/s/ Robert White*
Robert White - Pro Se
243 N. Maple Ave.
Manteca, CA 95336

## Service List

| | |
|---|---|
| Attorney for the Chapter 7 Trustee | Michael J. Goldberg, Esq., <br> Cohn, Whitesel, and Goldberg <br> 101 Arch Street <br> Boston, MA 02110 |
| CADKEY Corporation <br>     Debtor | James Wilton, Esq. <br> Ropes and Gray, LLP <br> One International Place <br> Boston, MA 02110 |
| Kubotek Corporation | John Loughnane, Esq. <br> Gadsby Hanna LLP <br> 225 Franklin Street <br> Boston, MA 02110 |
| Attorney for the Chapter 7 Trustee | Anthony L. DeProspo, Jr. <br> Sherin and Lodgen LLP <br> 101 Federal Street <br> Boston, MA 0211 |
| Pro Se Creditor | Harold Bowers <br> 215 N. Auburndale St. <br> Memphis, TN 38112 |
| Chapter 7 Trustee | John A. Burdick Jr. <br> 340 Main Street, Suite 800 <br> Worcester, MA 01608 |