United States District Court
District of Massachusetts

IN RE CK LIQUIDATION CORPORATION,
f/k/a CADKEY CORPORATION,

Debtor,

ROBERT WHITE,

Appellant,

v.

JOHN A. BURDICK, JR., Trustee,

Appellee.

Bankruptcy Appeal No.
04-40208-NMG

### Notice of Appeal to The United States Supreme Court

I, Robert White, Pro Se, Appellant in the above captioned case, appeal to the United States Supreme Court from the final Memorandum and Order issued by the United States District Court for the District of Massachusetts, issued in this case on September 12, 2005, and having been reaffirmed on October 19, 2005, after the District Court denied Appellant's Motion to Reconsider.

This appeal is made pursuant to Rule 18 of the Rules of the Supreme Court of the United States which allows appeals to be taken to the Supreme Court from District Court rulings which qualify for direct appeal. The District Court Order appealed from in this instance qualifies for a direct appeal under 28 U.S.C. 158(d). Appellant will ask the Supreme Court to consolidate this appeal with Appellant's Writ of Certiorari to the United States Court of Appeals for the First Circuit regarding its recent dismissal of Appellant's appeal of the Bankruptcy Court's Sale Order.

The parties to the order appealed from, and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Attorney for the Chapter 7 Trustee | Michael J. Goldberg, Esq.<br>Cohn, Whitesel, and Goldberg<br>101 Arch Street<br>Boston, MA  02110 |
| Attorney for the Debtor | James Wilton, Esq.<br>Ropes and Gray, LLP<br>One International Place<br>Boston, MA  02110 |
| Attorney for Kubotek | John Loughnane, Esq.<br>Gadsby Hanna LLP<br>225 Franklin Street<br>Boston, MA  02110 |
| United States Trustee | Office of the United States Trustee<br>Attn: Richard King, Esq.<br>Franklin Square Tower<br>600 Main Street, Suite 200<br>Worcester, MA 01608 |
| Attorney for Harold Bowers | Paul R. Salvage, Esq.<br>Bacon & Wilson. P. C.<br>33 State Street<br>Springfield, MA 01103 |
| Attorney for MCS | Livingston Davies, Esq.<br>P.O. Box 367<br>Duxbury, MA 02331 |
| Bankruptcy Judge of Order Appealed from | The Honorable Henry J. Boroff<br>US Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608 |

Dated: November 15, 2005

*Robert White* (signature)

Robert White - Pro Se
243-A N. Maple Ave.
Manteca, CA 95336 PH: (209) 825-6115

United States District Court
District of Massachusetts

IN RE CK LIQUIDATION CORPORATION,
f/k/a CADKEY CORPORATION,

Debtor,

ROBERT WHITE,

Appellant,

v.

JOHN A. BURDICK, JR., Trustee,

Appellee.

Bankruptcy Appeal No.
04-40208-NMG

### Certificate of Service

I, Faith Parenti, hereby certify that I am a citizen of the United States, over the age of 18 years of age, and not a party to the within cause. My home address is 135 N. Sheridan Ave, Apt. 24, Manteca CA, 95336. On November 14, 2005, I served the : **Notice of Appeal to the United States Supreme Court**, by depositing a true copy thereof enclosed in a sealed envelope with the postage fully prepaid, in the United States mail at Manteca, CA 95336, addressed as follows:

Michael J. Goldberg, Esq.
Cohn, Whitesel, and Goldberg
101 Arch Street
Boston, MA  02110

James Wilton, Esq.
Ropes and Gray, LLP
One International Place
Boston, MA  02110

John Loughnane, Esq.
Gadsby Hanna LLP
225 Franklin Street
Boston, MA 02110

Office of the United States Trustee
Attn: Richard King, Esq.
Franklin Square Tower
600 Main Street, Suite 200
Worcester, MA 01608

Paul R. Salvage, Esq.
Bacon & Wilson. P. C.
33 State Street
Springfield, MA 01103

Livingston Davies, Esq.

P.O. Box 367

Duxbury, MA 02331

The Honorable Henry J. Boroff

US Bankruptcy Court

595 Main Street

Worcester, MA 01608

I declare under penalty of perjury that the following is true and correct, and that this declaration was executed in Matenca California on:

November 14, 2005

*[signature: Faith Parenti]*

Faith Parenti

135 N. Sheridan, Apt. 24

Manteca, CA 95336

Ph: (209) 825-6115



State of California
County of San Joaquin
Subscribed and sworn to (or affirmed) before me on this 14th day of November, 20 05
by Faith Parenti
personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
(seal)   Signature *[Sandra Fuoco]*

SANDRA FUOCO
Comm. # 1358576
NOTARY PUBLIC - CALIFORNIA
San Joaquin County
My Comm. Expires May 27, 2006