# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40208

Robert White

v.

John A. Burdick, Jr.,

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/16/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 7, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/8/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL, BK APP

# United States District Court
## District of Massachusetts (Worcester)
### CIVIL DOCKET FOR CASE #: 4:04-cv-40208-NMG

In Re: CK Liquidation Corporation (f/k/a Cadkey Corporation)
Assigned to: Judge Nathaniel M. Gorton
Related Case: 4:05-cv-40062-NMG
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 10/15/2004
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

### In Re

**CK Liquidation Corporation**
*Debtor*
*formerly known as*
Debtor Cadkey Corporation

represented by **Erin T. Fontana**
Ropes And Gray LLP
One International Place
Boston, MA 02110-2624
617-951-7000
Fax: 617-951-7050
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James M. Wilton**
Ropes & Gray
One International Place
Boston, MA 02110-2624
617-951-7000
Fax: 617-951-7050
Email: jwilton@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Moeller-Sally**
Ropes & Gray LLP
One International Place
Boston, MA 02110
617-951-7012
Fax: 617-951-7050
Email: ssally@ropesgray.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Appellant

**Robert White**

represented by **Robert White**
243 N Maple Ave
Manteca, CA 95336
209-825-6115
PRO SE

V.

**Appellee**

| | | |
|---|---|---|
| **John A. Burdick, Jr.** | represented by | **Christopher M. Candon**<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Suite 1605<br>Boston, MA 02110<br>617-951-2505<br>Fax: 617-951-0679<br>Email: candon@cwg11.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael J. Goldberg**<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Suite 1605<br>Boston, MA 02110<br>617-951-2505<br>Fax: 617-951-0679<br>Email: goldberg@cwg11.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Notice**

| | | |
|---|---|---|
| **United States Bankruptcy Court** | represented by | **United States Bankruptcy Court**<br>United States Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608<br>508-770-8900<br>*PRO SE* |

**Notice**

| | | |
|---|---|---|
| **United States Trustee** | represented by | **United States Trustee**<br>United States Trustee<br>14th Floor<br>446 Main Street<br>Worcester, MA 01608<br>508-793-0555<br>*PRO SE* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2004 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 03-44906. File received, filed by Robert White.(Hassett, Kathy) (Entered: 10/15/2004) |

| | | |
|---|---|---|
| 10/19/2004 | 2 | SUPPLEMENTAL DOCUMENTS by United States Bankruptcy Court. (Jones, Sherry) (Entered: 10/19/2004) |
| 11/12/2004 | 3 | Appellant's BRIEF by Robert White, c/s. (Attachments: # 1 Exhibit) (Jones, Sherry) (Entered: 11/12/2004) |
| 11/29/2004 | 4 | Appellee's BRIEF by John A. Burdick Jr.. Appellant Reply Brief due by 12/13/2004. (DeProspo, Anthony) (Entered: 11/29/2004) |
| 05/02/2005 | 5 | NOTICE of Change of Address by Robert White (Elefther, Elizabeth) (Entered: 05/03/2005) |
| 05/02/2005 | 6 | MOTION to Expedite Appeal by Robert White.(Elefther, Elizabeth) (Entered: 05/03/2005) |
| 05/11/2005 | 7 | NOTICE by John A. Burdick, Jr *of Change of Appearance with attached Certificate of Service* (Candon, Christopher) (Entered: 05/11/2005) |
| 05/11/2005 | 8 | RESPONSE to Motion re 6 MOTION to Expedite *with attached Certificate of Service* filed by John A. Burdick, Jr. (Candon, Christopher) (Entered: 05/11/2005) |
| 05/12/2005 |  | Electronic Notice of correction to docket made by Court staff. Atty Candon added to the docket for John Burdick. (Hurley, Virginia) (Entered: 05/12/2005) |
| 06/02/2005 | 9 | MOTION to Amend 6 MOTION to Expedite Appeal by Robert White. (Elefther, Elizabeth) (Entered: 06/03/2005) |
| 06/02/2005 | 10 | CERTIFICATE OF SERVICE by Robert White re 9 MOTION to Amend 6 MOTION to Expedite. (Elefther, Elizabeth) (Entered: 06/03/2005) |
| 09/12/2005 | 11 | Judge Nathaniel M. Gorton : ORDER entered. MEMORANDUM AND ORDER:"In accordance with the foregoing,this Court affirms the Bankruptcy Court's Orders denying appelant's motion to vacate (Docket No.330), denying appellant's motion for reconsideration (Docket No. 334) and allowing the Trustee's motion to correct his opposition (Docket No. 335) and this appeal is hereby Dismissed."(Elefther, Elizabeth) (Entered: 09/13/2005) |
| 09/14/2005 |  | Civil Case Terminated. (Elefther, Elizabeth) (Entered: 09/14/2005) |
| 09/22/2005 | 12 | MOTION for Reconsideration re 11 Memorandum & ORDER, by Robert White, c/s.(Hassett, Kathy) (Entered: 09/22/2005) |
| 09/27/2005 | 13 | AMENDED DOCUMENT by Robert White. Amendment to 12 MOTION for Reconsideration re 11 Memorandum & ORDER,c/s. (Hassett, Kathy) (Entered: 09/27/2005) |
| 10/04/2005 | 14 | Opposition re 12 MOTION for Reconsideration re 11 Memorandum & ORDER, w/*Certificate of Service* filed by John A. Burdick, Jr. (Candon, Christopher) (Entered: 10/04/2005) |
| 10/18/2005 |  | Judge Nathaniel M. Gorton : ElectronicORDER entered denying 12 Motion for Reconsideration (Elefther, Elizabeth) (Entered: 10/19/2005) |

| 11/16/2005 | 15 | NOTICE OF APPEAL as to 11 Memorandum & ORDER, by Robert White. NO FILING FEE ENCLOSED. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/6/2005. (Hassett, Kathy) (Entered: 11/16/2005) |
|---|---|---|