November 16, 2005

Mr. Robert White
243-A N. Maple Avenue
Manteca, CA 95336PH:

Re: Case No. 04-cv-40208, Robert White v. John A. Burdick, Jr.,

Dear Mr. White:

   On December November 16, 2005, this court received your notice of appeal . This pleading appears to be a notice of appeal to the U. S Supreme Court of the United States for the above referenced case.

   Your only means of review by the U. S. Supreme Court is by filing a petition of writ of certiorari. 28 U.S.C. 1254. A petition for writ of certiorari must be filed directly with the U.S Supreme Court and not with this court. Sup. Ct. R. 12.

   Accordingly, we are returning your purported notice of appeal to you. If you have any questions, you should contact the Clerk's Office of the United States Supreme Court, 1 First St., N. E., Washington, D.C. 20543, (202) 479-3000, and they will further advise you.

                                            Sincerely,
                                            Sarah Thornton, Clerk

                                            By